IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. JACQUES,** | Case No. 2:21-cv-02142 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **JUNES, et al.,** | |
| Defendants. | |

Defendants request a twenty-one day extension of the deadline to file a motion to opt out of the Post-Screening Alternative Dispute Resolution (ADR) Project.  After reviewing Defendants' request, and good cause appearing therefor based on counsel's declaration of the need for additional time to review relevant medical records and other evidence, Defendants' request is GRANTED.  Defendants shall have an additional twenty-one days, or until May 16, 2022, to file their motion to opt out of the Post-Screening ADR Project.

Dated:  April 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1