IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. JACQUES,**<br><br>Plaintiff,<br><br>v.<br><br>**SIMPSON, et al.,**<br><br>Defendants. | Case No. 2:21-cv-02142 DMC<br><br>**ORDER TO OPT OUT OF ALTERNATIVE DISPUTE RESOLUTION AND LIFT STAY** |

Defendants have requested to opt out of the Post-Screening Alternative Dispute Resolution (ADR) Project and lift the stay that is currently in place in this matter. After reviewing Defendants' request, and good cause appearing, Defendants' request is GRANTED. The stay is hereby lifted and the parties are not required to complete Post-Screening ADR. The Court will set a schedule for this litigation by separate order.

Dated: May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE