IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUZEL JACQUES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. SIMPSON, et al.,<br><br>        Defendants. | No.  2:21-CV-2142-DMC-P<br><br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  An answer has been filed and the case is now at issue.

   Defendants have filed a request to stay proceedings in order to pursue settlement negotiations.  See ECF No. 35.  Plaintiff does not oppose this request.  See id.  Good cause appearing therefor, Defendants' motion will be granted, and the matter will be referred to the Court's early ADR program.  As set forth in the screening order, Plaintiff has stated a potentially cognizable civil rights claim. Thus, the Court stays this action for a period of 120 days to allow the parties to investigate Plaintiff's claims, meet and confer, and then participate in a settlement conference.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion, ECF No. 35, to stay proceeding pending settlement negotiations is granted.

2. This action is stayed for 120 days from the date of this order to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.

3. Any motion to opt out of the Post-screening ADR Project shall be filed within 30 days from the date of this order.

4. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

5. The parties remain obligated to keep the Court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

Dated: October 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE